BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Petitioner, | **VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS** |
| v. | |
| HAROLD A. CHUHLANTSEFF, | **TAXPAYER: HAROLD A. CHUHLANTSEFF** |
| Respondent. | |

Petitioner, the UNITED STATES OF AMERICA, by its attorney, BENJAMIN B. WAGNER, United States Attorney for the Eastern District of California, alleges:

A.  JURISDICTION

1.  Subject matter jurisdiction of this proceeding is given by 28 U.S.C. Sections 1340 (actions under the internal revenue laws) and 1345 (proceedings by the United States).  Under I.R.C. Sections 7402(b) and 7604(a), the United States Attorney has been authorized to bring this proceeding for judicial enforcement of Internal Revenue Service summonses.

B.  PARTIES

2.  By personal knowledge and knowledge of applicable procedures, LORENA RAMOS is a duly commissioned Revenue Officer employed in the Small Business/Self-Employed Division, California Area, Internal Revenue Service.  She is authorized to issue

VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS                    Page 1

an Internal Revenue Service summons under Internal Revenue Code Section 7602 (26 U.S.C.), Treasury Regulation Section 301.7602-1, 26 C.F.R. Section 301.7602-1, and Internal Revenue Service Delegation Order No. 4 (as revised).

3. By knowledge of the investigation, the respondent, HAROLD A. CHUHLANTSEFF, resides at 140 E. Griffith Way, Fresno, CA 93704-4027, which is within the jurisdiction of this Court.

4. By personal knowledge, petitioning Revenue Officer LORENA RAMOS is conducting an investigation of HAROLD A. CHUHLANTSEFF, to secure payment of assessed income tax liabilities for Respondent HAROLD A. CHUHLANTSEFF, for the tax years ending, December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2005, December 31, 2006, December 31, 2007, and December 31, 2008.  The assessed balance as of June 5, 2012, is approximately $797,276.10.

5. On information and belief, the respondent, HAROLD A. CHUHLANTSEFF, is in possession and control of testimony, books, records, papers, and other data that may shed light on the matters to be ascertained in the above-described investigation.

6. By personal knowledge, on August 10, 2011, Revenue Officer LORENA RAMOS issued an Internal Revenue Service summons directing the respondent, HAROLD A. CHUHLANTSEFF, to appear before the Revenue Officer on September 27, 2011, at the hour of 1:00 p.m., at 2525 Capitol Street, Suite 206, Fresno, California, to testify and to produce for examination the books, records, papers and other data described in the summons.

7. By personal knowledge, on August 26, 2011,  Revenue Officer LORENA RAMOS left an attested copy of the summons at respondent's last and usual place of abode by attaching the summons to taxpayer's front door.  On August 27, 2011, Respondent called Revenue Officer Ramos and left her a message that he would have his power of attorney contact her.  Respondent was to appear before Revenue Officer Ramos

on September 27, 2011. By personal knowledge and knowledge of the investigation, an accurate copy of the summons has been supplied for attachment hereto as Exhibit A to the petition. This Exhibit is hereby adopted by reference.

8. By personal knowledge, respondent, HAROLD A. CHUHLANTSEFF, did not appear on September 27, 2011, or otherwise respond to the summons by phone or in writing other than the August 27, 2011 telephone message.   HAROLD A. CHUHLANTSEFF has not appeared before Revenue Officer Ramos as required by the summons.

9. By personal knowledge, respondent's above-described failure to comply with the summons continues to date.

10. By knowledge of the investigation, the testimony, books, records, papers and other data sought by the summons are not already in possession of the Internal Revenue Service.

11. By personal knowledge and knowledge of the investigation, the testimony and the books, records, papers and other data sought by the summons are necessary for the investigation of HAROLD A. CHUHLANTSEFF, to secure payment of assessed income tax liabilities for Respondent HAROLD A. CHUHLANTSEFF, for the tax years ending, December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2005, December 31, 2006, December 31, 2007, and December 31, 2008.

12. By personal knowledge and knowledge of applicable procedures, all administrative steps required by the Internal Revenue Code of 1986 for the issuance of the summons have been taken.

WHEREFORE, petitioner respectfully prays:

1. That this Court enter an order directing respondent, HAROLD A. CHUHLANTSEFF, to show cause, if any, why respondent should not comply with and obey the summons and each and every requirement thereof;

2. That this Court enter an order directing respondent, HAROLD A. CHUHLANTSEFF, to obey the aforementioned Internal Revenue Service summons and each and every requirement thereof, by ordering the respondent's attendance, testimony, and production of the books, records, papers and other data required and called for by the terms of the summons, before Revenue Officer LORENA RAMOS or any other proper officer or employee of the Internal Revenue Service;

3. That the United States recover its costs in maintaining this action; and

4. That this Court grant such other and further relief as is just and proper.

Date:  September 6, 2012            BENJAMIN B. WAGNER
                                    United States Attorney


                            By:     */s/ Yoshinori H. T. Himel*
                                    YOSHINORI H. T. HIMEL
                                    Assistant United States Attorney